IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES WOODEN, | MOTION TO VACATE<br>28 U.S.C. § 2255 |
| Movant, | |
| | CRIMINAL ACTION FILE |
| v. | NO. 1:14-CR-429-MHC-LTW |
| UNITED STATES OF AMERICA, | CIVIL ACTION FILE<br>NO. 1:16-CV-3637-MHC-LTW |
| Respondent. | |

## ORDER

This *pro se* motion under 28 U.S.C. § 2241 is before the Court on the Final Report and Recommendation of the Magistrate Judge [Doc. 42[1]] recommending that the motion be denied under Rule 4 of the Rules Governing Section 2255 Proceedings for the U. S. District Courts. No objections have been filed to the Report and Recommendation. Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1) (2012), and "need only satisfy itself that there is no clear error on the face of the record" in order to accept the recommendation. FED. R. CIV. P. 72(b), advisory committee's note to 1983

---

[1] The citations to the record refer to No. 1:14-CR-429-MHC-LTW.

amendment. The Court has reviewed the R&R and finds no clear error and that the R&R is supported by law.

The Court **APPROVES AND ADOPTS** the Report and Recommendation [Doc. 42] as the judgment of the Court. It is hereby **ORDERED** that Movant's § 2255 motion [Doc. 40] is **DENIED** under Rule 4 of the § 2255 Rules and that Civil Action No. 1:16-CV-3637-MHC-LTW is **DISMISSED**. It is further **ORDERED** that a certificate of appealability is **DENIED** because Movant has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

**IT IS SO ORDERED** this 31th day of October, 2016.

_____
MARK H. COHEN
United States District Judge